586

Charles Marron, Jr., minor, by father and next friend, Charles Marron, Sr., Appellee, v. Thomas J. Friel et al., Trustees, Trading as Chicago Surface Lines et al., Appellants.

Gen. No. 43,380.

opinion filed April 24, 1946; released for publication May 10, 1946. Frank L. Kriete, James O. Dwight, Charles E. Green, and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.